**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1371**

In re:  PAUL P. BOCCONE,

Petitioner.

On Petition for Writ of Mandamus.  (1:11-cr-00592-CMH-1)

Submitted:  September 9, 2020                    Decided:  September 21, 2020

Before NIEMEYER and FLOYD, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Paul P. Boccone, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul P. Boccone petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 18 U.S.C. § 3582(c)(2) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied Boccone's motion on June 26, 2020. Accordingly, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*